# Pay Statement
## School District of Philadelphia

Page: 1 of 1

| Employee Name | Employee ID | Check Number | Period End Date | Payment Date |
|---|---|---|---|---|
| Telaria Hawthorne | | | 2025-05-02 | |

### Summary

| Description | Current | Year to Date |
|---|---|---|
| Gross Earnings | 2,934.48 | 29,344.80 |
| Pretax Deductions | 255.86 | 2,558.60 |
| Employee Tax Deductions | 691.96 | 6,079.97 |
| Voluntary Deductions | 61.62 | 616.20 |
| Net Payment | 1,925.04 | 20,090.03 |

### Earnings

| Description | Current | Year to Date |
|---|---|---|
| Base Pay 12 Month Earnings Results | 2,641.03 | 27,584.10 |

### Absences

| Description | Current | Year to Date |
|---|---|---|
| Personal Illness Earnings Deduction | 0.00 | -293.45 |
| Personal Illness Earnings Results | 0.00 | 293.45 |
| Vacation Earnings Deduction | -293.45 | -1,467.25 |
| Vacation Earnings Results | 293.45 | 1,467.25 |

### Pretax Deductions

| Description | Current | Year to Date |
|---|---|---|
| Medical Employee - HMO PV 15 Results | 13.76 | 137.60 |
| PSERS Employee Results | 161.40 | 1,614.00 |
| PSERS Voya Employee Results | 80.70 | 807.00 |

### Tax Deductions

| Description | Current | Year to Date |
|---|---|---|
| FIT Withheld | 266.76 | 1,828.02 |
| Social Security Employee Withheld | 181.09 | 1,810.85 |
| Medicare Employee Withheld | 42.35 | 423.50 |
| SIT Withheld (PA) | 89.67 | 896.70 |
| SUI Employee Withheld (PA) | 2.05 | 20.50 |
| City Withheld (PA,Philadelphia,Philadelphia) | 110.04 | 1,100.40 |

### Other Deductions

| Description | Current | Year to Date |
|---|---|---|
| Wage Continuation Employee Results (0) | 61.62 | 616.20 |

| Check/Deposit Number | Bank Name | Payment Amount |
|---|---|---|
| | | |



**Pay Statement**
**School District of Philadelphia**

Page: 1 of 2

| Employee Name | Employee ID | Check Number | Period End Date | Payment Date |
|---|---|---|---|---|
| Telaria Hawthorne | | | 2025-05-16 | 2025-05-23 |

### Summary

| Description | Current | Year to Date |
|---|---|---|
| Gross Earnings | 3,333.33 | 32,678.13 |
| Pretax Deductions | 288.76 | 2,847.36 |
| Employee Tax Deductions | 830.46 | 6,910.43 |
| Voluntary Deductions | 0.00 | 616.20 |
| Net Payment | 2,214.11 | 22,304.14 |

### Earnings

| Description | Current | Year to Date |
|---|---|---|
| Base Pay 12 Month Earnings Results | 3,333.33 | 30,917.43 |

### Absences

| Description | Current | Year to Date |
|---|---|---|
| Personal Illness Earnings Deduction | 0.00 | -293.45 |
| Personal Illness Earnings Results | 0.00 | 293.45 |
| Vacation Earnings Deduction | 0.00 | -1,467.25 |
| Vacation Earnings Results | 0.00 | 1,467.25 |

### Pretax Deductions

| Description | Current | Year to Date |
|---|---|---|
| Medical Employee - HMO PV 15 Results | 13.76 | 151.36 |
| PSERS Employee Results | 183.33 | 1,797.33 |
| PSERS Voya Employee Results | 91.67 | 898.67 |

### Tax Deductions

| Description | Current | Year to Date |
|---|---|---|
| FIT Withheld | 347.27 | 2,175.29 |
| Social Security Employee Withheld | 205.81 | 2,016.66 |
| Medicare Employee Withheld | 48.14 | 471.64 |
| SIT Withheld (PA) | 101.91 | 998.61 |
| SUI Employee Withheld (PA) | 2.33 | 22.83 |
| City Withheld (PA,Philadelphia,Philadelphia) | 125.00 | 1,225.40 |

### Other Deductions

| Description | Current | Year to Date |
|---|---|---|
| Wage Continuation Employee Results (0) | 0.00 | 616.20 |

| Check/Deposit Number | Bank Name | Payment Amount |
|---|---|---|
| 104076077 | PNC Bank | 2,214.11 |



**Pay Statement**
**School District of Philadelphia**

Page: 2 of 2



**Pay Statement**
**School District of Philadelphia**

Page 1 of 2

| Employee Name | Employee ID | Check Number | Period End Date | Payment Date |
|---|---|---|---|---|
| Telaria Hawthorne | | | 2025-04-18 | 2025-04-25 |

**Earnings — Summary**

| Description | Current | Year to Date |
|---|---|---|
| Gross Earnings | 2,934.48 | 26,410.32 |
| Pretax Deductions | 235.98 | 2,202.74 |
| Employee Tax Deductions | 691.85 | 5,388.01 |
| Voluntary Deductions | 81.62 | 654.58 |
| Net Payment | 1,925.05 | 18,164.99 |

**Earnings**

| Description | Current | Year to Date |
|---|---|---|
| Base Pay 12 Month Earnings Results | 2,934.48 | 24,943.07 |

**Absence**

| Description | Current | Year to Date |
|---|---|---|
| Personal Illness Earnings Deduction | 0.00 | -293.45 |
| Personal Illness Earnings Results | 0.00 | 293.45 |
| Vacation Earnings Deduction | 0.00 | -1,173.80 |
| Vacation Earnings Results | 0.00 | 1,173.80 |

**Pretax Deductions**

| Description | Current | Year to Date |
|---|---|---|
| Medical Employee – HMO PV 15 Results | 13.78 | 123.84 |
| PSERS Employee Results | 161.40 | 1,452.60 |
| PSERS Voya Employee Results | 60.70 | 726.30 |

**Tax Deductions**

| Description | Current | Year to Date |
|---|---|---|
| FIT Withheld | 206.78 | 1,861.36 |
| Social Security Employee Withheld | 181.08 | 1,629.76 |
| Medicare Employee Withheld | 42.35 | 381.13 |
| SIT Withheld (PA) | 89.87 | 807.03 |
| SUI Employee Withheld (PA) | 2.05 | 18.45 |
| City Withheld (FA, Philadelphia, Philadelphia) | 110.04 | 990.36 |

**Other Deductions**

| Description | Current | Year to Date |
|---|---|---|
| Wage Continuation Employee Results (0) | 81.62 | 654.58 |

| Check/Deposit Number | Bank Name | Payment Amount |
|---|---|---|
| 90100119 | PNC Bank | 1,925.05 |

Page 2 of 2

Pay Statement
School District of Philadelphia

**Pay Statement**

**School District of Philadelphia**

Page: 1 of 2

| Employee Name | Employee ID | Check Number | Period End Date | Payment Date |
|---|---|---|---|---|
| Telaria Hawthorne | ▇▇▇ | | 2025-04-04 | 2025-04-11 |

| Summary | | |
|---|---:|---:|
| Description | Current | Year to Date |
| Gross Earnings | 2,934.48 | 23,475.84 |
| Pretax Deductions | 255.86 | 2,046.88 |
| Employee Tax Deductions | 691.96 | 4,696.06 |
| Voluntary Deductions | 61.62 | 492.96 |
| Net Payment | 1,925.04 | 16,239.94 |

| Earnings | | |
|---|---:|---:|
| Description | Current | Year to Date |
| Base Pay 12 Month Earnings Results | 2,641.03 | 22,008.59 |

| Absences | | |
|---|---:|---:|
| Description | Current | Year to Date |
| Personal Illness Earnings Deduction | -293.45 | -293.45 |
| Personal Illness Earnings Results | 293.45 | 293.45 |
| Vacation Earnings Deduction | 0.00 | -1,173.80 |
| Vacation Earnings Results | 0.00 | 1,173.80 |

| Pretax Deductions | | |
|---|---:|---:|
| Description | Current | Year to Date |
| Medical Employee - HMO PV 15 Results | 13.76 | 110.08 |
| PSERS Employee Results | 161.40 | 1,291.20 |
| PSERS Voya Employee Results | 80.70 | 645.60 |

| Tax Deductions | | |
|---|---:|---:|
| Description | Current | Year to Date |
| FIT Withheld | 266.76 | 1,294.50 |
| Social Security Employee Withheld | 181.09 | 1,448.68 |
| Medicare Employee Withheld | 42.35 | 338.80 |
| SIT Withheld (PA) | 89.67 | 717.36 |
| SUI Employee Withheld (PA) | 2.05 | 16.40 |
| City Withheld (PA,Philadelphia,Philadelphia) | 110.04 | 880.32 |

| Other Deductions | | |
|---|---:|---:|
| Description | Current | Year to Date |
| Wage Continuation Employee Results (0) | 61.62 | 492.96 |

| Check/Deposit Number | Bank Name | Payment Amount |
|---|---|---:|
| 86795599 | PNC Bank | 1,925.04 |



**Pay Statement**
**School District of Philadelphia**

Page: 2 of 2

**Pay Statement**

**School District of Philadelphia**

Page: 1 of 1

| Employee Name | Employee ID | Check Number | Period End Date | Payment Date |
|---|---|---|---|---|
| Telaria Hawthorne | | | 2025-03-21 | 2025-03-28 |

| Summary | | |
|---|---|---|
| Description | Current | Year to Date |
| Gross Earnings | 2,934.48 | 20,541.36 |
| Pretax Deductions | 255.86 | 1,791.02 |
| Employee Tax Deductions | 572.01 | 4,004.10 |
| Voluntary Deductions | 61.62 | 431.34 |
| Net Payment | 2,044.99 | 14,314.90 |

| Earnings | | |
|---|---|---|
| Description | Current | Year to Date |
| Base Pay 12 Month Earnings Results | 2,934.48 | 19,367.56 |

| Absences | | |
|---|---|---|
| Description | Current | Year to Date |
| Vacation  Earnings Deduction | 0.00 | -1,173.80 |
| Vacation  Earnings Results | 0.00 | 1,173.80 |

| Pretax Deductions | | |
|---|---|---|
| Description | Current | Year to Date |
| Medical Employee - HMO PV 15 Results | 13.76 | 96.32 |
| PSERS Employee Results | 161.40 | 1,129.80 |
| PSERS Voya Employee Results | 80.70 | 564.90 |

| Tax Deductions | | |
|---|---|---|
| Description | Current | Year to Date |
| Social Security Employee Withheld | 181.08 | 1,267.59 |
| FIT Withheld | 146.82 | 1,027.74 |
| Medicare Employee Withheld | 42.35 | 296.45 |
| SIT Withheld (PA) | 89.67 | 627.69 |
| SUI Employee Withheld (PA) | 2.05 | 14.35 |
| City Withheld (PA,Philadelphia,Philadelphia) | 110.04 | 770.28 |

| Other Deductions | | |
|---|---|---|
| Description | Current | Year to Date |
| Wage Continuation Employee Results (0) | 61.62 | 431.34 |

| Check/Deposit Number | Bank Name | Payment Amount |
|---|---|---|
| 84071683 | PNC Bank | 2,044.99 |

**Pay Statement**

**School District of Philadelphia**

Page: 1 of 1

| Employee Name | Employee ID | Check Number | Period End Date | Payment Date |
|---|---|---|---|---|
| Telaria Hawthorne | | | 2025-03-07 | 2025-03-14 |

| Summary | | |
|---|---|---|
| Description | Current | Year to Date |
| Gross Earnings | 2,934.48 | 17,606.88 |
| Pretax Deductions | 255.86 | 1,535.16 |
| Employee Tax Deductions | 572.02 | 3,432.09 |
| Voluntary Deductions | 61.62 | 369.72 |
| Net Payment | 2,044.98 | 12,269.91 |

| Earnings | | |
|---|---|---|
| Description | Current | Year to Date |
| Base Pay 12 Month Earnings Results | 2,347.58 | 16,433.08 |

| Absences | | |
|---|---|---|
| Description | Current | Year to Date |
| Vacation Earnings Deduction | -586.90 | -1,173.80 |
| Vacation Earnings Results | 586.90 | 1,173.80 |

| Pretax Deductions | | |
|---|---|---|
| Description | Current | Year to Date |
| Medical Employee - HMO PV 15 Results | 13.76 | 82.56 |
| PSERS Employee Results | 161.40 | 968.40 |
| PSERS Voya Employee Results | 80.70 | 484.20 |

| Tax Deductions | | |
|---|---|---|
| Description | Current | Year to Date |
| Social Security Employee Withheld | 181.09 | 1,086.51 |
| FIT Withheld | 146.82 | 880.92 |
| Medicare Employee Withheld | 42.35 | 254.10 |
| SIT Withheld (PA) | 89.67 | 538.02 |
| SUI Employee Withheld (PA) | 2.05 | 12.30 |
| City Withheld (PA,Philadelphia,Philadelphia) | 110.04 | 660.24 |

| Other Deductions | | |
|---|---|---|
| Description | Current | Year to Date |
| Wage Continuation Employee Results (0) | 61.62 | 369.72 |

| Check/Deposit Number | Bank Name | Payment Amount |
|---|---|---|
| 80087483 | PNC Bank | 2,044.98 |