UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:  Bankr. Case No. 25-12097

Telaria Lynn Hawthorne  Chapter 13

    Debtor(s)

## REQUEST FOR NOTICE

Pursuant to Rule 2002(g), Mercedes-Benz Vehicle Trust successor in interest to Daimler Trust hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

    Mercedes-Benz Vehicle Trust successor in interest to Daimler Trust
    c/o BK Servicing, LLC
    PO Box 131265
    Roseville, MN  55113-0011

BK Servicing, LLC

By /s/ Stephanie Jones

    Stephanie Jones, Agent
    BK Servicing, LLC
    PO Box 131265
    Roseville, MN  55113-0011
    651-366-6390
    notices@bkservicing.com

**Certificate of Service**

This Request for Notice was sent via first class mail to or served electronically on the following individuals on June 19, 2025 :

MICHAEL A. CIBIK
Cibik Law, P.C.
1500 Walnut Street
Suite 900
Philadelphia, PA 19102

KENNETH E. WEST
Office of the Chapter 13 Standing Trustee
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106

By  /s/ Stephanie Jones, Agent
          Stephanie Jones

525091