IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: TELARIA LYNN HAWTHORNE   ) | |
|     **Debtor(s)**    ) | |
|     ) | CHAPTER 13 |
| MERCEDES-BENZ VEHICLE TRUST   ) | |
| SUCESSOR IN INTEREST TO   ) | Case No.: 25-12097 (AMC) |
| DAIMLER TRUST   ) | |
|     **Moving Party**    ) | |
|     ) | **Hearing Date: 9-30-25 at 11:00 AM** |
|   v.   ) | |
|     ) | 11 U.S.C. 362 |
| TELARIA LYNN HAWTHORNE   ) | |
|     **Respondent(s)**    ) | |
|     ) | |
| KENNETH E. WEST   ) | |
|     **Trustee**    ) | |

## MOTION FOR RELIEF FROM THE AUTOMATIC STAY

**TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:**

Comes now Mercedes-Benz Vehicle Trust successor in interest to Daimler Trust ("Mercedes-Benz") filing this its Motion For Relief From The Automatic Stay ("Motion"), and in support thereof, would respectfully show:

1. On May 27, 2025, Telaria Hawthorne filed a voluntary petition under Chapter 13 of the Bankruptcy Code.

2. This Court has jurisdiction of the Motion by virtue of 11 U.S.C. 105, 361 and 362 and 28 U.S.C. 157 and 1334.

3. On October 6, 2021, the Debtor executed a Motor Vehicle Lease Agreement for the lease of a 2021 Mercedes-Benz A220W4 bearing vehicle identification number W1K3G4FBXMJ319646. The lease was assigned to Daimler Trust and the Debtor became indebted to Daimler Trust in accordance with the terms of same. Mercedes-Benz Vehicle Trust is successor in interest to Daimler Trust. Mercedes-Benz Vehicle Trust is the owner of the vehicle.

True copies of the lease agreement and title to the vehicle are annexed hereto as exhibits A and B.

4. The Debtor's account is past due from June 16, 2025, to August 16, 2025, with arrears in the amount of $1,820.14.

5. The payoff figure on the Debtor's account is $23,871.86.

6. According to the August 2025 NADA Official Used Car Guide, the vehicle has a current retail value of $27,975.00.

7. Mercedes-Benz Vehicle Trust successor in interest to Daimler Trust alleges that the automatic stay should be lifted for cause under 11 U.S.C. 362(d)(1) in that Mercedes-Benz lacks adequate protection of its interest in the vehicle as evidenced by the following:

> (a) The Debtor is failing to make payments under the terms of the lease agreement and is failing to provide Mercede-Benz with adequate protection.

WHEREFORE PREMISES CONSIDERED, Mercedes-Benz Vehicle Trust successor in interest to Daimler Trust respectfully requests that upon final hearing of this Motion, (1) the automatic stay will be terminated as to Mercedes-Benz to permit Mercedes-Benz to seek its statutory and other available remedies; (2) that the stay terminate upon entry of this Order pursuant to the authority granted by Fed.R.Bank.P., Rule 4001(a)(4) and (3) Mercedes-Benz be granted such other and further relief as is just.

Respectfully submitted,

/s/ William E. Craig
William E. Craig
Eisenberg Gold & Agrawal, P.C.
1040 Kings Highway N. #200
Cherry Hill, NJ 08034
(856) 330-6200
Local Counsel for Mercedes-Benz Vehicle Trust
successor in interest to Daimler Trust