IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: TELARIA LYNN HAWTHORNE            ) | |
| **Debtor(s)**                                          ) | |
| ) | CHAPTER 13 |
| MERCEDES-BENZ VEHICLE TRUST      ) | |
| SUCESSOR IN INTEREST TO               ) | Case No.: 25-12097 (AMC) |
| DAIMLER TRUST                                    ) | |
| **Moving Party**                                    ) | |
| ) | **Hearing Date: 9-30-25 at 11:00 AM** |
| v.                                                              ) | |
| ) | 11 U.S.C. 362 |
| TELARIA LYNN HAWTHORNE             ) | |
| **Respondent(s)**                                 ) | |
| ) | |
| KENNETH E. WEST                              ) | |
| **Trustee**                                            ) | |
| ) | |

### CERTIFICATION OF NO RESPONSE

I, the undersigned, certify that, having served or caused to be served, a copy of the Notice, Motion, and proposed Order on September 2, 2025 as shown in the Certification of Service filed in this matter, that more than 15 days have passed and that I have received no objection as of this date either oral or written to the Motion.

I respectfully request that the Court grant Mercedes-Benz' Motion For Relief From The Automatic Stay, enter the attached Order, and cancel the hearing scheduled for September 30, 2025.

Date:  9/25/25

/s/ William E. Craig
William E. Craig
Eisenberg Gold & Agrawal, P.C.
1040 Kings Highway North #200
Cherry Hill, NJ 08034
(856) 330-6200
Bar I.D. 92329
Attorney for Mercedes-Benz Vehicle Trust
successor in interest to Daimler Trust