IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| IN RE:<br><br>TELARIA LYNN HAWTHORNE<br><br>**Debtor(s)** | 25-12097 (AMC)<br><br>Chapter 13 |

## CERTIFICATE OF SERVICE

WILLIAM E. CRAIG, attorney for Mercedes-Benz Vehicle Trust successor in interest to Daimler Trust hereby certifies as follows:

1. I am the attorney for Mercedes-Benz and am fully familiar with the facts of this case.

2. On September 25, 2025, I served by electronic means and/or by regular mail, a copy of the Certificate Of No Response and Proposed Order to the following individuals:

<u>Debtor</u>
Telaria Hawthorne
60 N. 23rd St., Apt. 2311
Philadelphia, PA 19103

<u>Debtor's Attorney</u>
Michael A. Cibik, Esq.
Cibik Law, P.C.
1500 Walnut Street
Suite 900
Philadelphia, PA 19102

<u>Office of the US Trustee</u>
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107

<u>Trustee</u>
Kenneth E. West
Office of the Chapter 13 Standing Trustee
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106

Date 9/25/25

<u>/s/ William E. Craig</u>
William E. Craig
Eisenberg Gold & Agrawal, P.C.
1040 Kings Highway North #200
Cherry Hill, NJ 08034
(856) 330-6200
Bar I.D. 92329 - Pennsylvania