IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: TELARIA LYNN HAWTHORNE     ) | |
| **Debtor(s)**     ) | |
| ) | CHAPTER 13 |
| MERCEDES-BENZ VEHICLE TRUST   ) | |
| SUCESSOR IN INTEREST TO     ) | Case No.: 25-12097 (AMC) |
| DAIMLER TRUST     ) | |
| **Moving Party**     ) | |
| ) | **Hearing Date: 9-30-25 at 11:00 AM** |
| v.     ) | |
| ) | 11 U.S.C. 362 |
| TELARIA LYNN HAWTHORNE   ) | |
| **Respondent(s)**     ) | |
| ) | |
| KENNETH E. WEST     ) | |
| **Trustee**     ) | |

## ORDER VACATING THE AUTOMATIC STAY
## AS TO PERSONAL PROPERTY

Upon the motion of Mercedes-Benz Vehicle Trust successor in interest to Daimler Trust, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain personal property as hereinafter set forth, and for good cause shown;

ORDERED that the automatic stay of the Bankruptcy Code section 362(a) is vacated pursuant to the authority granted in Fed.R.Bankr.P., Rule 4001(a)(4) to permit the movant to pursue the movant's state court rights in the personal property described as a **2021 Mercedes-Benz A220W4** bearing vehicle identification number W1K3G4FBXMJ319646 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

Date:  Oct. 1, 2025

_____
UNITED STATES BANKRUPTCY JUDGE