United States Bankruptcy Court

Eastern District of Pennsylvania

In re:    Case No. 25-12097-amc

Telaria Lynn Hawthorne    Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: admin    Page 1 of 4
Date Rcvd: Jan 13, 2026    Form ID: 155    Total Noticed: 65

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 15, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Telaria Lynn Hawthorne, 60 N 23rd St Apt 2311, Philadelphia, PA 19103-1576 |
| 15045837 | + | Mercedes Benz Vehicle Trust, Eisenberg Gold & Agrawal, P.C., c/o William E. Craig, Esq., 1040 Kings Hwy N #200, Cherry Hill NJ 08034-1925 |
| 15012462 | | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 15012465 | | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden St, Philadelphia, PA 19123-2616 |
| 15012477 | | Target, c/o Financial & Retail Srvs Mailstop BT, Minneapolis, MN 55440 |
| 15012478 | | Td Rcs/rh, Td Rcs, Columbia, SC 29202 |
| 15012480 | | U.S. Department of Justice, Attorney General, PO Box 683, Washington, DC 20044-0683 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15012430 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Jan 14 2026 00:29:12 | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St , Floor 4, Pittsburgh, PA 15212-5862 |
| 15012431 | | Email/PDF: bncnotices@becket-lee.com | Jan 14 2026 00:29:12 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 15012434 | | Email/PDF: acg.bmw.ebn@aisinfo.com | Jan 14 2026 00:29:07 | BMW Financial Services, Attn: Bankruptcy/Correspondence, PO Box 3608, Dublin, OH 43016-0306 |
| 15012432 | | Email/Text: BarclaysBankDelaware@tsico.com | Jan 14 2026 00:21:00 | Barclays, Attn: Bankruptcy, PO Box 8801, Wilmington, DE 19899-8801 |
| 15012433 | | Email/Text: BarclaysBankDelaware@tsico.com | Jan 14 2026 00:21:00 | Barclays Bank Delaware, Attn: Bankruptcy, 125 S West St, Wilmington, DE 19801-5014 |
| 15012439 | | Email/Text: megan.harper@phila.gov | Jan 14 2026 00:21:00 | City of Philadelphia, c/o City of Philadelphia, Municipal Services Building, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA 19102-1617 |
| 15071716 | | Email/Text: megan.harper@phila.gov | Jan 14 2026 00:21:00 | City of Philadelphia Law Department, Tax Litigation and Collections Unit, 1401 John F. Kennedy Blvd., 5th floor, Philadelphia, PA 19102 |
| 15012435 | | Email/Text: caineweiner@ebn.phinsolutions.com | Jan 14 2026 00:21:04 | Caine & Weiner, Attn: Bankruptcy, 5805 Sepulveda Blvd, Sherman Oaks, CA 91411-2546 |
| 15012436 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 14 2026 00:29:07 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15016754 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 14 2026 00:29:07 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15012437 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 14 2026 00:29:08 | Cbna, Attn: Bankruptcy, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 15012438 | | Email/PDF: Citi.BNC.Correspondence@citi.com | | |

| | | | | |
|---|---|---|---|---|
| | | | Jan 14 2026 00:29:08 | Citibank/Citgo Oil, Attn: Citicorp/Centralized Bankruptcy, PO Box 790034, St. Louis, MO 63179-0034 |
| 15012440 | | Email/Text: bankruptcy@philapark.org | Jan 14 2026 00:21:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 15012441 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 14 2026 00:21:00 | Comenity Bank, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 15012442 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 14 2026 00:21:00 | Comenity Bank/Ann Taylor, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 15012443 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 14 2026 00:21:00 | Comenity Bank/Express, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 15012445 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 14 2026 00:21:00 | Comenity Bank/Restoration Hardware, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 15012446 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 14 2026 00:21:00 | Comenity Capital/JJIlls, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 15012444 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 14 2026 00:21:00 | Comenity bank/J Crew, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 15012447 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 14 2026 00:21:00 | Comenity/Century 21, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 15012448 | ^ | MEBN | Jan 14 2026 00:16:09 | Cornerstone, PO Box 82561, Lincoln, NE 68501-2561 |
| 15012449 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 14 2026 00:29:04 | Dsnb Bloomingdales, Attn: Recovery 'Bk', PO Box 9111, Mason, OH 45040 |
| 15012450 | | Email/Text: BNSFN@capitalsvcs.com | Jan 14 2026 00:21:00 | First Nataional Bank/Legacy, Attn: Bankruptcy, PO Box 5097, Sioux Falls, SD 57117-5097 |
| 15012451 | | Email/Text: Atlanticus@ebn.phinsolutions.com | Jan 14 2026 00:21:00 | Fortiva, Attn: Bankruptcy, PO Box 105555, Atlanta, GA 30348-5555 |
| 15012452 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Jan 14 2026 00:29:12 | Fst Premier, 3820 N Louise Avenue, Sioux Falls, SD 57107-0145 |
| 15012453 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jan 14 2026 00:21:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, 200 West St, New York, NY 10282-2198 |
| 15012454 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 14 2026 00:21:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15016915 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 14 2026 00:29:07 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15012455 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 14 2026 00:29:12 | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, PO Box 10497, Greenville, SC 29603-0497 |
| 15012456 | + | Email/Text: FWBankruptcyTeam@mercedes-benz.com | Jan 14 2026 00:21:00 | Mercedes - Benz Financial Services, Attn: Bankruptcy, P.O. Box 685, Roanoke, TX 76262-0685 |
| 15021135 | | Email/Text: notices@bkservicing.com | Jan 14 2026 00:21:00 | Mercedes-Benz Vehicle Trust successor, in interest to Daimler Trust, c/o BK Servicing, LLC, PO Box 131265, Roseville, MN 55113-0011 |
| 15020787 | | Email/Text: notices@bkservicing.com | Jan 14 2026 00:21:00 | Mercedes-Benz Vehicle Trust successor in interest, c/o BK Servicing, LLC, PO Box 131265, Roseville, MN 55113-0011 |
| 15012457 | + | Email/Text: Mercury@ebn.phinsolutions.com | Jan 14 2026 00:21:00 | Mercury/FBT, Attn: Bankruptcy, PO Box 84064, Columbus, GA 31908-4064 |
| 15031971 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 14 2026 00:21:00 | Midland Credit Management, Inc., Po Box 2037, Warren MI 48090-2037 |
| 15012458 | + | Email/Text: bankruptcydpt@mcmcg.com | | |

Case 25-12097-amc    Doc 29    Filed 01/15/26    Entered 01/16/26 00:38:41    Desc Imaged
                                Certificate of Notice    Page 3 of 5

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jan 13, 2026 | Form ID: 155 | Total Noticed: 65 |

| | | | |
|---|---|---|---|
| | | Jan 14 2026 00:21:00 | Midland Credit Mgmt, Attn: Bankruptcy, PO Box 939069, San Diego, CA 92193-9069 |
| 15012459 | + Email/Text: ext_ebn_inbox@navyfederal.org | Jan 14 2026 00:21:00 | NAVY FCU, Attn: Bankruptcy, PO Box 3000, Merrifield, VA 22119-3000 |
| 15012460 | + Email/Text: ext_ebn_inbox@navyfederal.org | Jan 14 2026 00:21:00 | Navy Federal Credit Union, Attn: Bankruptcy, PO Box 3000, Merrifield, VA 22119-3000 |
| 15029478 | + Email/Text: ext_ebn_inbox@navyfederal.org | Jan 14 2026 00:21:00 | Navy Federal Credit Union, P.O. Box 3000, Merrifield, VA 22119-3000 |
| 15012461 | Email/Text: bnc@nordstrom.com | Jan 14 2026 00:21:08 | Nordstrom FSB, ATTN: Bankruptcy, PO Box 6555, Englewood, CO 80155-6555 |
| 15019739 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 14 2026 00:29:03 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 15012467 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 14 2026 00:29:07 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, P.O. Box 12914, Norfolk, VA 23541-0914 |
| 15012463 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 14 2026 00:21:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 15012464 | ^ MEBN | Jan 14 2026 00:16:11 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 15012466 | Email/Text: bankruptcy@philapark.org | Jan 14 2026 00:21:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1538 |
| 15033962 | Email/Text: bnc-quantum@quantum3group.com | Jan 14 2026 00:21:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15012468 | Email/Text: bankruptcy@self.inc | Jan 14 2026 00:21:00 | Rent Track, Attn: Bankruptcy, 4601 Excelsior Blvd Ste 503, Saint Louis Park, MN 55416-4677 |
| 15012469 | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 14 2026 00:29:07 | Syncb/Crate & Barrel, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 15012470 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jan 14 2026 00:29:07 | Synchrony Bank/Amazon, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 15012471 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jan 14 2026 00:29:07 | Synchrony Bank/Care Credit, Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 15012472 | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 14 2026 00:29:11 | Synchrony Bank/Gap, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 15012475 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jan 14 2026 00:29:07 | Synchrony Bank/TJX, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 15012474 | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 14 2026 00:29:11 | Synchrony Bank/hhgregg, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 15012476 | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 14 2026 00:29:06 | Synchrony/American Eagle, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 15021631 | + Email/Text: tdebn@credbankserv.com | Jan 14 2026 00:21:00 | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 15012479 | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jan 14 2026 00:21:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 15012481 | + Email/Text: UpStart@ebn.phinsolutions.com | Jan 14 2026 00:21:00 | Upstart, Attn: Bankruptcy, PO Box 1503, San Carlos, CA 94070-7503 |
| 15012482 | + Email/PDF: ais.Bankruptcynoticeshomelending@aisinfo.com | Jan 14 2026 00:29:02 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus MAC X2303-01A 3rd Floor, Des Moines, IA 50328-0001 |
| 15032002 | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | Jan 14 2026 00:29:02 | Wells Fargo Bank, N.A., PO Box 10438, MAC |

F8235-02F, Des Moines, IA 50306-0438

TOTAL: 58

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15076730 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 15012473 | *+ | Synchrony Bank/Gap, Attn: Bankruptcy, POB 965060, Orlando, FL 32896-5060 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 15, 2026              Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 13, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor Telaria Lynn Hawthorne help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM EDWARD CRAIG | on behalf of Creditor Mercedes-Benz Vehicle Trust successor in interest to Daimler Trust wcraig@egalawfirm.com mortoncraigecf@gmail.com;alapinski@egalawfirm.com |

TOTAL: 4

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  
   Telaria Lynn Hawthorne             Case No. 25−12097−amc

   Debtor(s).             Chapter: 13

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: January 13, 2026

For The Court

Ashely M. Chan  
Chief Judge, United States Bankruptcy Court